# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**FILED**
U.S. District Court
District of Kansas

03/16/2026

**Clerk, U.S. District Court**
By: SND Deputy Clerk

JAIME SOLAYA CLAVERO,

**Petitioner,**

v.                                                              Case No. 25-3278-JWL

JACOB WELSH, SAMUEL OLSON, TODD
LYONS, KRISTI NOEM, PAMELA BONDI, and
EXECUTIVE OFFICE FOR IMMIGRATION
REVIEW,

**Respondents.**

## JUDGMENT IN A CIVIL CASE

**( )    JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(x)    DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for habeas corpus pursuant to 28 U.S.C. § 2241 is granted in part. Respondents are ordered either to release petitioner or to ensure that petitioner receives a bond hearing pursuant to 8 U.S.C. § 1226(a) on or before March 27, 2026, and they are further ordered to provide notice to this Court when such relief has been given. The Court denies petitioner's requests for other relief.

Entered on the docket 03/16/26

**Dated:  March 16, 2026**                      **SKYLER B. O'HARA**
                                               **CLERK OF THE DISTRICT COURT**


                                               s/S. Nielsen-Davis
                                               **Deputy Clerk**